IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TYRONE DAVIS SMITH,

    Plaintiff,

v.

NURSE ROGER AND NURSE BRIT,

    Defendants.

ORDER

Case No. 19-cv-197-jdp

Plaintiff has submitted a request for an order directing prison officials to pay copy costs from plaintiff's release account. There is no federal law permitting this court to require state officials to pay for litigation costs by accessing a prisoner's release account funds. The only time this court may order use of release account funds is when a prisoner's general account has insufficient funds to pay an initial partial filing fee payment. *See Carter v. Bennett*, 399 F. Supp. 2d 936, 936-37 (W.D. Wis. 2005). Accordingly, I will deny this motion.

ORDER

IT IS ORDERED that plaintiff Tyrone Davis Smith's request for an order directing prison officials to pay copy costs in this case from plaintiff's release account is DENIED.

Entered this 19th day of April, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

1