IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TYRONE DAVIS SMITH,

    Plaintiff,

v.

                                                    Case No. 19-cv-197-jdp

ROGER KRANTZ AND JANE BRITT,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 7/3/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |